

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2022

No. 04-21-00402-CV

Yvondia **JOHNSON**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-02537
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's First Unopposed Motion for Extension of Time to File Appellant's Reply Brief is GRANTED. Appellant is ORDERED to file her reply brief **no later than February 18, 2022**.

It is so **ORDERED** on January 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT